# Exhibit A

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8894° W
Station: **HONEY GROVE, TX US USC00414257**

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Observation | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 06 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 04 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 05 | | | | 0.10 | | | | | | | | | | | | |
| 2018 | 06 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 07 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 08 | | | | 0.02 | | | | | | | | | | | | |
| 2018 | 06 | 09 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 11 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 12 | | | | 0.12 | | | | | | | | | | | | |
| 2018 | 06 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 17 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 20 | | | | 0.35 | | | | | | | | | | | | |
| 2018 | 06 | 21 | | | | 0.09 | | | | | | | | | | | | |
| 2018 | 06 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 23 | | | | 0.01 | | | | | | | | | | | | |
| 2018 | 06 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 06 | 30 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 0.69 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: **HONEY GROVE, TX US USC00414257**

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

# Record of Climatological Observations

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Observation | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 07 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 04 | | | | 0.12 | | | | | | | | | | | | |
| 2018 | 07 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 07 | | | | 0.10 | | | | | | | | | | | | |
| 2018 | 07 | 08 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 09 | | | | 0.58 | | | | | | | | | | | | |
| 2018 | 07 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 11 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 12 | | | | 0.10 | | | | | | | | | | | | |
| 2018 | 07 | 13 | | | | 0.11 | | | | | | | | | | | | |
| 2018 | 07 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 17 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 23 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 07 | 28 | | | | 0.02 | | | | | | | | | | | | |
| 2018 | 07 | 29 | | | | 0.01 | | | | | | | | | | | | |
| 2018 | 07 | 30 | | | | 0.30 | | | | | | | | | | | | |
| 2018 | 07 | 31 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 1.34 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: **HONEY GROVE, TX US USC00414257**

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Observation | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover | Max. | Min. | 8 in. Depth Ground Cover | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 08 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 04 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 07 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 08 | | | | 0.01 | | | | | | | | | | | | |
| 2018 | 08 | 09 | | | | 0.24 | | | | | | | | | | | | |
| 2018 | 08 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 11 | | | | 0.01 | | | | | | | | | | | | |
| 2018 | 08 | 12 | | | | 0.28 | | | | | | | | | | | | |
| 2018 | 08 | 13 | | | | 1.45 | | | | | | | | | | | | |
| 2018 | 08 | 14 | | | | 1.28 | | | | | | | | | | | | |
| 2018 | 08 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 17 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 23 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 08 | 30 | | | | 0.13 | | | | | | | | | | | | |
| 2018 | 08 | 31 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 3.40 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**Record of Climatological Observations**

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Obsv. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover | Max. | Min. | 8 in. Depth Ground Cover | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 09 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 03 | | | | 0.02 | | | | | | | | | | | | |
| 2018 | 09 | 04 | | | | 0.51 | | | | | | | | | | | | |
| 2018 | 09 | 05 | | | | 0.06 | | | | | | | | | | | | |
| 2018 | 09 | 06 | | | | 0.22 | | | | | | | | | | | | |
| 2018 | 09 | 07 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 08 | | | | 0.09 | | | | | | | | | | | | |
| 2018 | 09 | 09 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 11 | | | | 0.01 | | | | | | | | | | | | |
| 2018 | 09 | 12 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 15 | | | | 0.62 | | | | | | | | | | | | |
| 2018 | 09 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 17 | | | | 0.15 | | | | | | | | | | | | |
| 2018 | 09 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 21 | | | | 1.60 | | | | | | | | | | | | |
| 2018 | 09 | 22 | | | | 7.37 | | | | | | | | | | | | |
| 2018 | 09 | 23 | | | | 3.53 | | | | | | | | | | | | |
| 2018 | 09 | 24 | | | | 0.05 | | | | | | | | | | | | |
| 2018 | 09 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 26 | | | | 0.15 | | | | | | | | | | | | |
| 2018 | 09 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 09 | 30 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 14.38 | | | | 0.0 | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

# Record of Climatological Observations

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8894° W
Station: HONEY GROVE, TX US USC00414257
Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Observation | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Flag | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Ground Cover (see *) | Soil Temperature (F) 4 in. Depth Max. | Min. | Ground Cover (see *) | 8 in. Depth Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 10 | 01 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 02 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 03 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 04 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 05 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 06 | | | | 0.28 | | | | | | | | | | | | | |
| 2018 | 10 | 07 | | | | 0.31 | | | | | | | | | | | | | |
| 2018 | 10 | 08 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 09 | | | | 1.10 | | | | | | | | | | | | | |
| 2018 | 10 | 10 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 11 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 12 | | | | 1.75 | | | | | | | | | | | | | |
| 2018 | 10 | 13 | | | | 1.70 | | | | | | | | | | | | | |
| 2018 | 10 | 14 | | | | 0.02 | | | | | | | | | | | | | |
| 2018 | 10 | 15 | | | | 1.75 | | | | | | | | | | | | | |
| 2018 | 10 | 16 | | | | 1.05 | | | | | | | | | | | | | |
| 2018 | 10 | 17 | | | | 0.05 | | | | | | | | | | | | | |
| 2018 | 10 | 18 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 19 | | | | 0.57 | | | | | | | | | | | | | |
| 2018 | 10 | 20 | | | | 0.18 | | | | | | | | | | | | | |
| 2018 | 10 | 21 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 22 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 23 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 24 | | | | 0.05 | | | | | | | | | | | | | |
| 2018 | 10 | 25 | | | | 0.40 | | | | | | | | | | | | | |
| 2018 | 10 | 26 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 27 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 28 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 29 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 30 | | | | 0.00 | | | | | | | | | | | | | |
| 2018 | 10 | 31 | | | | 1.56 | | | | | | | | | | | | | |
| Summary | | | | | | 10.77 | | 0.0 | | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

**Record of Climatological Observations**

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Observation | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover | Max. | Min. | 8 in. Depth Ground Cover | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 11 | 01 | | | | 0.30 | | | | | | | | | | | | |
| 2018 | 11 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 04 | | | | 0.32 | | | | | | | | | | | | |
| 2018 | 11 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 07 | | | | 0.37 | | | | | | | | | | | | |
| 2018 | 11 | 08 | | | | 0.02 | | | | | | | | | | | | |
| 2018 | 11 | 09 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 11 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 12 | | | | 0.55 | | | | | | | | | | | | |
| 2018 | 11 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 17 | | | | 0.04 | | | | | | | | | | | | |
| 2018 | 11 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 23 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2018 | 11 | 30 | | | | 0.01 | | | | | | | | | | | | |
| Summary | | | | | | 1.61 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

# Record of Climatological Observations

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Rain, Melted Snow, Etc. (in) | Snow, Ice Pellets, Hail (in) |
|---|---|---|---|---|
| 2018 | 12 | 01 | 0.06 | |
| 2018 | 12 | 02 | 0.00 | |
| 2018 | 12 | 03 | 0.00 | |
| 2018 | 12 | 04 | 0.00 | |
| 2018 | 12 | 05 | 0.00 | |
| 2018 | 12 | 06 | 0.02 | |
| 2018 | 12 | 07 | 0.38 | |
| 2018 | 12 | 08 | 1.45 | |
| 2018 | 12 | 09 | 0.11 | |
| 2018 | 12 | 10 | 0.00 | |
| 2018 | 12 | 11 | 0.00 | |
| 2018 | 12 | 12 | 0.00 | |
| 2018 | 12 | 13 | 0.05 | |
| 2018 | 12 | 14 | 0.86 | |
| 2018 | 12 | 15 | 0.00 | |
| 2018 | 12 | 16 | 0.00 | |
| 2018 | 12 | 17 | 0.00 | |
| 2018 | 12 | 18 | 0.00 | |
| 2018 | 12 | 19 | 0.00 | |
| 2018 | 12 | 20 | 0.12 | |
| 2018 | 12 | 21 | 0.00 | |
| 2018 | 12 | 22 | 0.00 | |
| 2018 | 12 | 23 | 0.00 | |
| 2018 | 12 | 24 | 0.00 | |
| 2018 | 12 | 25 | 0.00 | |
| 2018 | 12 | 26 | 0.00 | |
| 2018 | 12 | 27 | 3.27 | |
| 2018 | 12 | 28 | 0.00 | |
| 2018 | 12 | 29 | 0.00 | |
| 2018 | 12 | 30 | 0.00 | |
| 2018 | 12 | 31 | 0.50 | |
| Summary | | | 6.82 | 0.0 |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: **HONEY GROVE, TX US USC00414257**

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

**National Centers for Environmental Information**
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 01 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 02 | | | | 0.60 | | | | | | | | | | | | |
| 2019 | 01 | 03 | | | | 0.80 | | | | | | | | | | | | |
| 2019 | 01 | 04 | | | | 0.09 | | | | | | | | | | | | |
| 2019 | 01 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 07 | | | | 0.01 | | | | | | | | | | | | |
| 2019 | 01 | 08 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 09 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 11 | | | | 0.04 | | | | | | | | | | | | |
| 2019 | 01 | 12 | | | | 0.23 | | | | | | | | | | | | |
| 2019 | 01 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 17 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 19 | | | | 0.04 | | | | | | | | | | | | |
| 2019 | 01 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 22 | | | | 0.30 | | | | | | | | | | | | |
| 2019 | 01 | 23 | | | | 0.13 | | | | | | | | | | | | |
| 2019 | 01 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 30 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 01 | 31 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 2.24 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

**National Centers for Environmental Information**
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 02 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 02 | | | | 0.06 | | | | | | | | | | | | |
| 2019 | 02 | 03 | | | | 0.02 | | | | | | | | | | | | |
| 2019 | 02 | 04 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 07 | | | | 0.73 | | | | | | | | | | | | |
| 2019 | 02 | 08 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 09 | | | | 0.05 | | | | | | | | | | | | |
| 2019 | 02 | 10 | | | | 0.39 | | | | | | | | | | | | |
| 2019 | 02 | 11 | | | | 0.43 | | | | | | | | | | | | |
| 2019 | 02 | 12 | | | | 0.15 | | | | | | | | | | | | |
| 2019 | 02 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 17 | | | | 0.03 | | | | | | | | | | | | |
| 2019 | 02 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 19 | | | | 0.51 | | | | | | | | | | | | |
| 2019 | 02 | 20 | | | | 0.10 | | | | | | | | | | | | |
| 2019 | 02 | 21 | | | | 0.03 | | | | | | | | | | | | |
| 2019 | 02 | 22 | | | | 0.15 | | | | | | | | | | | | |
| 2019 | 02 | 23 | | | | 0.15 | | | | | | | | | | | | |
| 2019 | 02 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 02 | 27 | | | | 0.02 | | | | | | | | | | | | |
| 2019 | 02 | 28 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 2.82 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

# Record of Climatological Observations

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover | Max. | Min. | Ground Cover | 8 in. Depth Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 03 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 02 | | | | 0.01 | | | | | | | | | | | | |
| 2019 | 03 | 03 | | | | 0.21 | | | | | | | | | | | | |
| 2019 | 03 | 04 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 07 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 08 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 09 | | | | 0.86 | | | | | | | | | | | | |
| 2019 | 03 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 11 | | | | 0.28 | | | | | | | | | | | | |
| 2019 | 03 | 12 | | | | 0.04 | | | | | | | | | | | | |
| 2019 | 03 | 13 | | | | 0.86 | | | | | | | | | | | | |
| 2019 | 03 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 17 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 23 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 24 | | | | 0.10 | | | | | | | | | | | | |
| 2019 | 03 | 25 | | | | 0.39 | | | | | | | | | | | | |
| 2019 | 03 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 03 | 30 | | | | 0.10 | | | | | | | | | | | | |
| 2019 | 03 | 31 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 2.85 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

**Record of Climatological Observations**
These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

**National Centers for Environmental Information**
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 04 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 04 | | | | 0.20 | | | | | | | | | | | | |
| 2019 | 04 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 06 | | | | 0.48 | | | | | | | | | | | | |
| 2019 | 04 | 07 | | | | 0.03 | | | | | | | | | | | | |
| 2019 | 04 | 08 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 09 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 11 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 12 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 13 | | | | 2.26 | | | | | | | | | | | | |
| 2019 | 04 | 14 | | | | 0.82 | | | | | | | | | | | | |
| 2019 | 04 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 17 | | | | 0.09 | | | | | | | | | | | | |
| 2019 | 04 | 18 | | | | 0.96 | | | | | | | | | | | | |
| 2019 | 04 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 22 | | | | 0.09 | | | | | | | | | | | | |
| 2019 | 04 | 23 | | | | 0.80 | | | | | | | | | | | | |
| 2019 | 04 | 24 | | | | 0.62 | | | | | | | | | | | | |
| 2019 | 04 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 04 | 30 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 6.35 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

# Record of Climatological Observations

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | At Obs. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Ground Cover (see *) | Soil Temperature (F) 4 in. Depth Max. | Min. | Ground Cover (see *) | 8 in. Depth Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 05 | 01 | | | | 0.12 | | | | | | | | | | | | |
| 2019 | 05 | 02 | | | | 1.74 | | | | | | | | | | | | |
| 2019 | 05 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 04 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 07 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 08 | | | | 1.25 | | | | | | | | | | | | |
| 2019 | 05 | 09 | | | | 0.01 | | | | | | | | | | | | |
| 2019 | 05 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 11 | | | | 1.27 | | | | | | | | | | | | |
| 2019 | 05 | 12 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 16 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 17 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 18 | | | | 1.39 | | | | | | | | | | | | |
| 2019 | 05 | 19 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 20 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 21 | | | | 0.59 | | | | | | | | | | | | |
| 2019 | 05 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 23 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 24 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 05 | 29 | | | | 0.80 | | | | | | | | | | | | |
| 2019 | 05 | 30 | | | | 2.57 | | | | | | | | | | | | |
| 2019 | 05 | 31 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 9.74 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

**U.S. Department of Commerce**
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: **HONEY GROVE, TX US USC00414257**

**Record of Climatological Observations**

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

**National Centers for Environmental Information**
151 Patton Avenue
Asheville, North Carolina 28801

Observation Time Temperature: Unknown   Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) Max. | Temperature (F) Min. | At Obs. | Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | Snow, Ice Pellets, Hail, Ice on Ground (in) | 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Ground Cover (see *) | 4 in. Max. | 4 in. Min. | Ground Cover (see *) | 8 in. Max. | 8 in. Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 06 | 01 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 02 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 03 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 04 | | | | 0.80 | | | | | | | | | | | | |
| 2019 | 06 | 05 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 06 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 07 | | | | 0.12 | | | | | | | | | | | | |
| 2019 | 06 | 08 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 09 | | | | 0.18 | | | | | | | | | | | | |
| 2019 | 06 | 10 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 11 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 12 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 13 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 14 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 15 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 16 | | | | 0.92 | | | | | | | | | | | | |
| 2019 | 06 | 17 | | | | 1.60 | | | | | | | | | | | | |
| 2019 | 06 | 18 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 19 | | | | 0.30 | | | | | | | | | | | | |
| 2019 | 06 | 20 | | | | 1.97 | | | | | | | | | | | | |
| 2019 | 06 | 21 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 22 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 23 | | | | 0.15 | | | | | | | | | | | | |
| 2019 | 06 | 24 | | | | 2.03 | | | | | | | | | | | | |
| 2019 | 06 | 25 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 26 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 27 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 28 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 29 | | | | 0.00 | | | | | | | | | | | | |
| 2019 | 06 | 30 | | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | | 8.07 | | | | | | 0.0 | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.
*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown
"s" This data value failed one of NCDC's quality control tests.
"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.
"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.
Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 664 ft. Lat: 33.5841° N Lon: -95.8994° W
Station: HONEY GROVE, TX US USC00414257

# Record of Climatological Observations

These data are quality controlled and may not be identical to the original observations.
Generated on 08/29/2019

Observation Time Temperature: Unknown  Observation Time Precipitation: Unknown

| Year | Month | Day | Temperature (F) 24 Hrs. Ending at Observation Time Max. | Min. | Precipitation 24 Hour Amounts Ending at Observation Time Rain, Melted Snow, Etc. (in) | Flag | Snow, Ice Pellets, Hail (in) | Flag | At Obs. Time Snow, Ice Pellets, Hail, Ice on Ground (in) | Evaporation 24 Hour Wind Movement (mi) | Amount of Evap. (in) | Soil Temperature (F) 4 in. Depth Ground Cover (see *) | Max. | Min. | 8 in. Depth Ground Cover (see *) | Max. | Min. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 07 | 01 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 02 | | | 0.03 | | | | | | | | | | | | |
| 2019 | 07 | 03 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 04 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 05 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 06 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 07 | | | 0.01 | | | | | | | | | | | | |
| 2019 | 07 | 08 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 09 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 10 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 11 | | | 0.13 | | | | | | | | | | | | |
| 2019 | 07 | 12 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 13 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 14 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 15 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 16 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 17 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 18 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 19 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 20 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 21 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 22 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 23 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 24 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 25 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 26 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 27 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 28 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 29 | | | 0.23 | | | | | | | | | | | | |
| 2019 | 07 | 30 | | | 0.00 | | | | | | | | | | | | |
| 2019 | 07 | 31 | | | 0.00 | | | | | | | | | | | | |
| Summary | | | | | 0.40 | | 0.0 | | | | | | | | | | |

Empty, or blank, cells indicate that a data observation was not reported.

*Ground Cover: 1=Grass; 2=Fallow; 3=Bare Ground; 4=Brome grass; 5=Sod; 6=Straw mulch; 7=Grass muck; 8=Bare muck; 0=Unknown

"s" This data value failed one of NCDC's quality control tests.

"T" values in the Precipitation or Snow category above indicate a "trace" value was recorded.

"A" values in the Precipitation Flag or the Snow Flag column indicate a multiday total, accumulated since last measurement, is being used.

Data value inconsistency may be present due to rounding calculations during the conversion process from SI metric units to standard imperial units.

Unofficial Copy